**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUTHER CHARLES, <br><br>       Plaintiff, <br><br> v. <br><br>MOTT'S LLP, DAN FRATANGELO, CHRISTOPHER LIBERTI, and DR PEPPER SNAPPLE GROUP COMPANY, <br><br>       Defendants. | Case No. 2:17-cv-2879 (SDW)(LDW) <br><br>**ORDER** <br><br>April 30, 2018 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendants Mott's, LLP (improperly pled as Mott's LLP/Dr Pepper Snapple Group), Dan Fratangelo, and Christopher Liberti's (collectively, "Defendants") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56; and this Court having considered Defendants' submissions; for the reasons stated in this Court's Opinion dated April 30, 2018;

**IT IS** on this 30th day of April, 2018,

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 23) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall send a copy of the Opinion and Order by certified

and regular mail to Plaintiff's last known address, and file proof of service with the Court.

s/ *Susan D. Wigenton*<br>**SUSAN D. WIGENTON**<br>**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Leda D. Wettre, U.S.M.J. |
| | Parties |